MARGARET LEHRKIND
SBCA # 314717
Lehrkind Law Office, P.C.
2625 Alcatraz Ave, # 208
Berkeley, CA 94705
Tel: 510-590-1907
Margaret@LehrkindLawOffice.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSVALDO MALDONADO, JR., | CASE NO.: 2:25-cv-02871-EFB |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant | |

The parties, through their attorneys of record, hereby stipulate, subject to the Court's approval, to extend the time allowed for the Plaintiff to file his motion for summary judgment to February 24, 2026.

Good cause exists for this request. Plaintiff's counsel has worked diligently to comply with the Court's deadlines in this case. However, Plaintiff's counsel's father had a stroke on Wednesday, January 7, 2026. Plaintiff's counsel was out of the office for a week to attend to her father in the hospital and needs additional time to catch up on her briefing.

On January 14, 2026, Defendant's counsel agreed to stipulate to Plaintiff's request for an extension of time.

STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 1

Based on the foregoing, Plaintiff's counsel requests that the court grant her request for an extension of time.

DATE:  January 14, 2026                    Respectfully submitted,


By:     /s/ Margaret Lehrkind
        Margaret Lehrkind
        SBCA # 314717
        2625 Alcatraz Ave, # 208
        Berkeley, CA 94705
        Tel: 510-590-1907
        Margaret@LehrkindLawOffice.com


By:     /s/ Oscar Gonzalez de Llano
        Office of the General Counsel, SSA
        Office of Program Litigation, Office 7
        Social Security Administration
        6401 Security Boulevard
        Baltimore, MD 21235
        510-970-4818
        Email: Oscar.Gonzalez@ssa.gov


**IT IS SO ORDERED:**


Date: January 23, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE


STIPULATION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT - 2