ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Program Litigation 1
    Law & Policy
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSVALDO MALDONADO, JR.,<br><br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 2:25-cv-02871-EFB<br><br>STIPULATED MOTION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Defendant respectfully moves for an extension of twenty-one (21) days to respond to Plaintiff's Motion for Summary Judgment in this case, from the current due date of March 26, 2026 to the new date of April 16, 2026. Plaintiff's counsel was contacted today and indicated their willingness to stipulate to this extension request. This is Defendant's first request for an extension in this case and is based on the following.

In the process of drafting the brief in this case, it became apparent to the drafter of the need to discuss some issues raised in this case with the client, specifically the possibility of settling this case. This requires further communication between counsel for Defendant and their

Stipulated Motion for Extension of Time

1

client. Counsel will also be out of the office from March 30, 2026 through April 6, 2026 due to planned leave.  An extension of 21 days would give sufficient time for the client to consider and respond regarding possible settlement or, if settlement is not possible, briefing the case.

The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay.  All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATE: March 25, 2026                    By:    *s/ Oscar Gonzalez de Llano*
                                               OSCAR GONZALEZ DE LLANO
                                               Special Assistant United States Attorney
                                               Attorneys for Defendant

Respectfully submitted,

Lehrkind Law Office

DATE: March  25, 2026                   By:     *s/ Margaret Lehrkind*
                                               Margaret Lehrkind
                                               Lehrkind Law Office
                                               Attorney for Plaintiff
                                               (*as authorized by email)

ORDER

Pursuant to Defendant's Motion, IT IS SO ORDERED that Defendant shall have an extension, up to and including April 16, 2026, to respond to Plaintiff's Motion for Summary Judgment.

DATED:  March 27, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2